IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| LISA MARCHELE GREENE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. _____ |
| | ) Judge _____ |
| HOBBY LOBBY STORES, INC., | ) |
| | ) JURY DEMAND |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Hobby Lobby Stores, Inc. ("Hobby Lobby") by counsel, files this Notice of Removal of this action from the Circuit Court in Hamilton County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee, Southern Division, based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about March 28, 2017, by Plaintiff's filing of the Complaint in the Hamilton County Circuit Court in Chattanooga, Tennessee, Case No. 17C408 (the "Complaint"). True and accurate copies of the Complaint served upon Hobby Lobby in this action is attached as Exhibit A.

2. The Complaint was served on Hobby Lobby on or about May 5, 2017, by certified mail. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely, in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence by Hobby Lobby. (Exhibit A, generally). The Complaint asserts that Plaintiff is entitled to recovery $100,000 in damages. (*Id.*)

4. The Plaintiff is a citizen and resident of Hamilton County, Tennessee. (Exhibit A, ¶ 1).

5. The Defendant, Hobby Lobby, is a corporation organized under the laws of the State of Oklahoma, with its principal place of business in Oklahoma.

6. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is complete diversity of the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by U.S. mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Hamilton County Circuit Court in Benton County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendant demands a jury to try this case.

WHEREFORE**,** Defendant, Hobby Lobby Stores, Inc. prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Hamilton County Circuit Court in Chattanooga County, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON

By: ___/s/ David A. Changas___
David A. Changas, BPR # 20679
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN  37219
(615) 259-1366
dchangas@lewisthomason.com

*Attorney for Hobby Lobby Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of May, 2017, a copy of the foregoing NOTICE OF REMOVAL was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Robert N. Meeks, Esq.
Attorney at Law
717 Georgia Avenue
Chattanooga, TN  37402

/s/ David A. Changas

3